**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**


SALVADOR MANUEL BOCHAS-LOREDO
REG. #89883-079                                                                PETITIONER


VS.                                2:05CV00093 GTE/JTR


LINDA W. SANDERS, Warden,
FCI, Forrest City, Arkansas                                        RESPONDENT


### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED,

and  ADJUDGED that Judgment is entered in favor of Respondent, and this habeas action is

DISMISSED, WITH PREJUDICE.

Dated this 12th day of July, 2006.


___/s/ Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE